UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-CR-20289- COOKE

UNITED STATES OF AMERICA,

v.

SARAH DA SILVA KELLER

_____/

**DEFENDANT'S OBJECTIONS TO THE**
**PRESENTENCE INVESTIGATIVE REPORT**

Defendant Sarah Keller files these Objections to the Presentence Investigation Report (hereafter PSI) and requests that this Court grant her objections.

**FACTUAL OBJECTIONS**

The Defendant submits the following objections numbered to correspond to the paragraphs in the PSI. None of these factual objections alter the guideline calculation. Although these objections do not affect the guideline calculation enumerated with the PSI, the Defendant requests her objections be granted and considered by the Court in imposing an appropriate sentence.

2. Ms. Keller provides clarification of the written plea agreement that was also stated to the Court at the time of that the she entered her plea. Ms. Keller agrees that there is no other basis for a *departure*, except for that provided under 5K1.1 and/or Rule 35. Furthermore, she agrees that Federal Sentencing Guidelines in conjunction with *United States v. Booker* and the 3553(a) factors provide for a fair

and just resolution based on the facts of this case. Specifically, Ms. Keller believes that a *variance* is warranted and the basis for that variance will be set out in detail in her sentencing memorandum. At the plea, the parties informed the Court that, if the defendant's cooperation rose to a level which warranted a reduction to a guideline sentence in Zone C, that the government would not object to the defendant's request for a variance to a sentence of home detention.

22. The Defendant objects to the statement for two reasons. First, Ms. Keller was not a "intake/discharge specialist for HCSN." Ms. Keller was hired at $11 an hour to be a receptionist when she was 21 years old. She had no training whatsoever in the field of mental health or in working at a mental health center. She was never given any training regarding the paperwork she was helping people fill out, filling out herself, or faxing over to the main office. Secondly, as stated in the factual basis, it was approximately 2007, that Ms. Keller became aware that her indications on the attendance sheets and the intake forms were, in actuality, false.

55. Ms. Keller clarifies that she was married on May 31 not May 30.

60. Ms. Keller clarifies that her asthma is a serious medical condition. Beginning at 4 years old, she has been hospitalized for her asthma at Baptist Hospital. As an adult, she has also had several trips to the ER (also Baptist Hospital), most recently within the last year for an asthma attack where she received treatment

and was released.

72. Ms. Keller objects to the dates of employment at Improving Lives. She worked there from February of 2008, until August 2008.

73. Ms. Keller objects to the dates of employment at HCSN. Ms. Keller worked for HCSN from approximately April of 2006 until February 1, 2008. Furthermore, Ms. Keller clarifies that as of approximately 2007 and through February 1, 2008 (the time period designated in her factual basis), Ms. Keller was aware of what she was doing and the illegality of her actions. This is confirmed by Ms. Keller's plea of guilty, her admission to the factual basis, and her statement of acceptance of responsibility.

## **CONCLUSION**

Ms. Keller objects to the PSI's statement of facts. Ms. Keller respectfully requests that the Court grant the Defendant's objections.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on AUSA William Parente, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132 via ECF.

        Respectfully submitted
        Manos, Alwine & Kubiliun, P.L.
        1001 Brickell Bay Drive, Ste. 1200
        Miami, FL 33131
        (305) 577-0227
        (305) 749-8994
        bbhorstman@hotmail.com

        By: /s/Brittney Horstman
          Brittney Horstman
          Florida Bar No. 0604798