UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Criminal Case No.: 12-20289-MGC

UNITED STATES OF AMERICA

vs.

SARAH DA SILVA KELLER,

        Defendant.

GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO FED. R. CRIM. P. 35

      Pursuant to Federal Rule of Criminal Procedure 35, the United States of America, by and through the undersigned Trial Attorney, hereby moves for a sentence reduction for the Defendant, Sarah Da Silva Keller ("Keller"), in order to reflect her substantial assistance in the criminal investigation and prosecution of others. In support of this motion, the government states the following:

      1.      On July 2, 2012, Keller pled guilty to a one count Information, charging her with conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349, for her role in a health care fraud scheme involving Health Care Solutions Network ("HCSN"), a community mental health center located in Miami, Florida and Hendersonville, North Carolina that purported to provide intensive partial hospitalization program ("PHP") services to Medicare and Florida Medicaid beneficiaries from approximately 2004 through 2011.

      2.      On October 17, 2012, the Court sentenced Keller to 24 months imprisonment.

      3.      Based on the facts of this case, as will be detailed at Keller's Rule 35 hearing, Keller's assistance warrants a reduction in sentence under Fed. R. Crim. P. 35.

      4.      Keller has provided the Government with substantial assistance and as a result of this assistance the Government recommends a forty-percent (40%) reduction in her sentence.

Respectfully submitted,

WILFREDO FERRER

By:   */s/ Allan J. Medina*
       Court No. A5501748
       Trial Attorney
       Criminal Division, Fraud Section
       Bond Building
       1400 New York Avenue
       8th Floor, Rm 8110
       Washington, DC 20005
       (202) 514-4472 (office)
       (202) 257-6537 (cell)

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Dated: May 23, 2013

/s/
Allan J. Medina
